[No. 56044-1-I.  Division One.  October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY PINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09142-6, Palmer Robinson, J., entered March 8, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Dwyer, J.

[No. 56356-4-I.  Division One.  October 23, 2006.]

RALPH W. WARD, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-26620-3, Andrea A. Darvis, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 56415-3-I.  Division One.  October 23, 2006.]

TERRY R. SMITH, *Appellant*, v. PRESTON GATES ELLIS, L.L.P., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-02279-7, Nicole MacInnes, J., entered June 9, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Dwyer, JJ. Now published at 135 Wn. App. 859.

[No. 56433-1-I.  Division One.  October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN LEE VAN NESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07306-1, Sharon S. Armstrong, J., entered June 7, 2005. *Reversed* by unpublished per curiam opinion.